## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES BAGGETT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. ) | Case No. 2004-cv-4005-JPG |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on a bench trial, and the Court having rendered its decision, IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be ENTERED in favor of Plaintiff Charles Baggett and against Defendant United States of America in the principal sum of $1,845.00.


**DATE: June 6, 2005.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   /s/ J. Phil Gilbert
   **J. PHIL GILBERT**
   **U.S. District Judge**