# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CHARLES E. BAGGETT<br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES OF AMERICA<br>*Defendant(s)* | Case Number:  04-4005-JPG |

## ORDER DISPOSING OF EXHIBITS

On June 18, 2014, the Clerk of Court gave notice to the Plaintiff that unless arrangements were made within **30 days** to remove their respective exhibits, the exhibits would be destroyed or otherwise disposed of pursuant to Local Rule 79.1.  Because the parties have failed to comply with the requirements of this notice,

IT IS ORDERED that the exhibits in the custody of the Clerk shall be destroyed or otherwise disposed of as the Clerk deems appropriate.

Dated: September 30, 2014

s/*J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE